| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| JAMES S. TERRELL, SBN 170409<br>15411 Anacapa Road<br>Victorville, CA 92392<br>Tel.760-951-5850 Fax.760-952-1085<br>e-mail: jim@talktoterrell.com<br>SHARON J. BRUNNER, SBN 229931<br>14393 Park Ave., Suite 100<br>Victorville, California 92392<br>Tel: 760-243-9997 Fax: 760-843-8155<br>e-mail: sharonjbrunner@yahoo.com | |

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| Plaintiff(s),<br>v.<br>COUNTY OF SAN BERNARDINO, DEPUTY ACOSTA, DEPUTY CRAIG, CITY OF VICTORVILLE, CODE ENFORCEMENT OFFICER REYNOLDS, and DOES 1-10<br>Defendant(s) | **CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
|  |  |

_____   _____
Date                              Signature

Attorney of record for (or name of party appearing in pro per):

_____