JAMES S. TERRELL, ESQ. (CSBN: 170409)
LAW OFFICE OF JAMES S. TERRELL
15411 Anacapa Road
Victorville, CA 92392
(760) 951-5850 – Telephone
(760) 952-1085 – Facsimile
Email: jim@talktoterrell.com

SHARON J. BRUNNER, ESQ. (CSBN:229931)
LAW OFFICE OF SHARON J. BRUNNER
14393 Park Avenue, Suite 100
Victorville, CA 92392
(760) 243-9997- Telephone
(760) 843-8155- Facsimile
Email: sharonjbrunner@yahoo.com

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM PIRO AND SHANNON PIRO<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, DEPUTY ACOSTA, DEPUTY CRAIG, CITY OF VICTORVILLE, CODE ENFORCEMENT OFFICER REYNOLDS and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 5:17-cv-01607-PSG-SP<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (LOCAL RULE 8-3)<br><br>Complaint served: November 1, 2017, November 8, 2017<br>Current response date: November 22, 2017, November 29, 2017<br>New response date: December 21, 2017 |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

# STIPULATION

Pursuant to Local Rule 8-3, the parties hereby stipulate to extend Defendants County of San Bernardino, Deputy Acosta, Deputy Craig, City of Victorville, and Code Enforcement Officer Reynolds time to respond to the Complaint filed in this matter. If an amended complaint is not filed, the aforementioned Defendants shall file their response(s) on or before December 21, 2017. This extension results in an extension of time to respond of less than thirty (30) days.

Law Office of James Terrell

Dated: November 16, 2017

By:  /s/ James Terrell
JAMES TERRELL, Esq.
Attorney for Plaintiffs

Law Office of Sharon Brunner

Dated: November 16, 2017

By:  /s/ Sharon Brunner
SHARON J. BRUNNER, Esq.
Attorney for Plaintiffs

Dated: November 16, 2017

Wagner & Pelayes. LLP

By:  /s/Tristan Pelayes
TRISTAN PELAYES, Esq
Attorneys for Defendants
County of San Bernardino, Deputy Acosta, Deputy Craig

Graves & King, LLP

Dated: November 16, 2017

By:  /s/Dennis J. Mahoney
DENNIS J. MAHONEY, Esq
Attorney for Defendant
City of Victorville and Code Enforcement Officer Reynolds.

-1-
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

## PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On Thursday, November 16, 2017, I served the following document(s) (*specify*): STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 30 DAYS (LOCAL RULE 8-3)

I served the document(s) on the person(s) below, as follows:

| | |
|---|---|
| Graves & King<br>Dennis J. Mahoney<br>3610 14th St # 2nd Floor<br>Riverside, CA 92501 | Attorneys for Defendant<br>Telephone: (760) 680-0100<br>Fax: (760) (951) 680-0700<br>E-mail: dmahoney@gravesand-king.com |
| Wagner & Pelayes<br>Tristan Pelayes<br>1325 Spruce St Ste 200<br>Riverside, CA 92507-0504 | Attorneys for Defendant<br>Telephone: (951)686-4800<br>Fax:(760)686-4801<br>E-mail:<br>tgp@wagner-pelayes.com |

The document(s) was (were) served by the following means:

☒ **By United States Mail.** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and (*specify one*):

(1) ☐ deposited the sealed envelope with the United States Postal Service, with postage fully prepaid.

(2) ☒ On November 16, 2017, I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Bernardino, California.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATE: November 16, 2017

Austin Terrell                                          /s/Austin Terrell
(TYPE OR PRINT NAME OF DECLARANT)     (SIGNATURE OF DECLARANT)