NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Risa S. Christensen, Esq.
Tristan G. Pelayes, Esq.
WAGNER & PELAYES, LLP
1325 Spruce St., Suite 200
Riverside, CA 92507
Tel: 951.686.4800

CLEAR FORM

ATTORNEY(S) FOR: COUNTY OF S.B.; ACOSTA & CRAIG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM PIRO and SHANNON PIRO,<br><br>Plaintiff(s), | CASE NUMBER:<br><br>5:17-cv-1607 PSG (SPx) |
| v.<br><br>COUNTY OF SAN BERNARDINO; DEPUTY ACOSTA; DEPUTY CRAIG, et al.<br><br>Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  COUNTY OF SAN BERNARDINO; DEPUTY ACOSTA; & DEPUTY CRAIG
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None pursuant to Local Rule 7.1-1 | Filing Party is a governmental agency. |

December 28, 2017
_____
Date

/s/ Risa S. Christensen
_____
Signature

Attorney of record for (or name of party appearing in pro per):

COUNTY OF SAN BERNARDINO; ACOSTA; & CRAIG

CV-30 (05/13)                     NOTICE OF INTERESTED PARTIES