Risa S. Christensen, Esq., CA Bar No. 227799
Dennis E. Wagner, Esq., CA Bar No. 99190
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Tel.:  (951) 686-4800
Fax:  (951) 686-4801
rsc@wagner-pelayes.com
dew@wagner-pelayes.com

Attorneys for Defendants,
COUNTY OF SAN BERNARDINO; DEPUTY ANTONIO ACOSTA;
and DEPUTY NICHOLAS CRAIG

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAM PIRO and SHANNON PIRO,

    Plaintiffs,

    vs.

COUNTY OF SAN BERNARDINO;
DEPUTY ACOSTA; DEPUTY CRAIG;
CITY OF VICTORVILLE; CODE
ENFORCEMENT OFFICER
REYNOLDS; and DOES 1-20,
Inclusive,

    Defendants.

CASE NO.: 5:17-cv-1607 PSG (SPx)

**JUDGMENT RE:
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

*[Filed concurrently w/ Motion for
Summary Judgment; Separate
Statement; Declarations of Antonio
Acosta, Nicholas Craig, Ryan
Brosowske, Kevin Fries,Robert Trostle,
Dani-Paul Pineda, and Risa
Christensen; Notice of Lodging; and
(Proposed) Order]*

**DATE:**    January 7, 2019
**TIME:**    1:30 p.m.
**CRTRM**: 6A

*Honorable Philip S. Gutierrez*

[JUDGMENT RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

TO PRO SE PLAINTIFFS SAM PIRO AND SHANNON PIRO:

The Court, upon consideration of all moving papers and exhibits and the opposition papers and exhibits, and after considering all arguments of counsel, this court finds that all claims arising out of plaintiff's Complaint fail and are summarily adjudicated in favor of defendants.

THEREFORE IT IS HEREBY ORDERED that judgment be entered in favor of Defendants, COUNTY OF SAN BERNARDINO; DEPUTY ANTONIO ACOSTA; and DEPUTY NICHOLAS CRAIG, and against Plaintiffs SAM PIRO and SHANNON PIRO as to all causes of action in the Plaintiffs' First Amended Complaint; and that Defendants COUNTY OF SAN BERNARDINO; DEPUTY ANTONIO ACOSTA; and DEPUTY NICHOLAS CRAIG, be awarded their statutory costs as allowable by law, and may file a motion for an award of reasonable attorney's fees, if appropriate.

DATED: 12/27/2018

_____
UNITED STATES DISTRICT JUDGE