UNITED STATES DISTRICT COURT
Central District of California

APPLICATION TO THE CLERK TO TAX COSTS

Sam Piro and Shannon Piro

v.                                      Case Number: 5:17-cv-1607 PSG(SPx)

County of San Bernardino, et al.

Judgment was entered in this action on  12/27/2018  /  49  against  Plaintiffs, Sam Piro and Shannon Piro
                                         Date       Docket No.

NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| Item | Amount |
|---|---|
| Clerk's Fees (L.R. 54-3.1): | $0.00 |
| Fees for Service of Process (L.R. 54-3.2): | $2,521.76 |
| United States Marshal's Fees (L.R. 54-3.3): | $0.00 |
| Transcripts of Court Proceedings (L.R. 54-3.4): | $0.00 |
| Depositions (L.R. 54-3.5): -$2,140.00. Per Local Rule, costs of videotaping or recording depositions are not recoverable unless ordered by the Court.   $2,887.75 | ~~$5,027.75~~ |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | $265.60 |
| Interpreter's Fees (L.R. 54-3.7): | $0.00 |
| Docket Fees (L.R. 54-3.8): | $0.00 |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | $0.00 |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | $480.00 |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | $0.00 |
| Other Costs - attach court order (L.R. 54-3.12): | $0.00 |
| State Court Costs (L.R. 54-3.13): | $0.00 |
| Costs on Appeal (L.R. 54-4): | $0.00 |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | $0.00 |
| TOTAL | $6,155.11 ~~$8,295.11~~ |

NOTE: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

☑ The Court's CM/ECF System
☐ Conventional service by first class mail
☑ Other Overnight Mail

Signature                              DENNIS E. WAGNER
                                        ~~Risa Christensen, Esq.~~
                                        Print Name

Attorney for: Defendants, County of San Bernardino, Deputy Antonio Acosta, Deputy Nicholas Craig

Costs are taxed in the amount of  $6,155.11

Kiry K. Gray                    By:  V. Munroe              4/3/2019
Clerk of Court                       Deputy Clerk           Date

CV-59 (12/18)                   BILL OF COSTS               Page 1 of 2

001